**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1653

MICHAEL HANNON,

Plaintiff - Appellant,

versus

AMERICAN SERVICE CENTER ASSOCIATES, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-962-JCC)

Submitted: October 14, 2004          Decided: October 19, 2004

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Hannon, Appellant Pro Se. Robert Lewis Duston, Edward Ross
Levin, Linda Grace Hill, SCHMELTZER, APTAKER & SHEPARD, PC,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Hannon appeals the district court's order granting American Service Center Associates, LLC's motion for summary judgment and dismissing Hannon's employment discrimination and retaliation action, and its order denying Hannon's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the grant of summary judgment on the reasoning of the district court, and the denial of the motion for reconsideration on our finding of no abuse of discretion. Temkin v. Frederick County Comm'rs, 945 F.2d 716, 724 (4th Cir. 1991). See Hannon v. American Serv. Ctr. Assoc., LLC, No. CA-962-JCC (E.D. Va. Apr. 26, 2004; May 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED